# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-1820
_____

Tonya Dickson

*Plaintiff - Appellant*

v.

Hempstead County, Arkansas

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Western District of Arkansas - Texarkana
_____

Submitted: October 30, 2025
Filed: November 4, 2025
[Unpublished]
_____

Before LOKEN, BENTON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Tonya Dickson appeals the district court's[1] adverse grant of summary judgment in her employment discrimination action under Title VII and the Arkansas Civil

_____

[1]The Honorable Susan O. Hickey, United States District Judge for the Western District of Arkansas, adopting the report and recommendation of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, now retired.

Rights Act. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. <u>See</u> <u>McCullough v. Univ. of Ark. for Med. Scis.</u>, 559 F.3d 855, 860 (8th Cir. 2009) (reviewing grant of summary judgment de novo).

The judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

_____